**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Melvin Thomas TUGGLE,**
**Defendant–Appellant.**

No. 00–10073.

D.C. No. CR–99–20075–JF.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 16, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

MEMORANDUM **

Melvin Thomas Tuggle appeals from his guilty-plea conviction and 151–month sentence imposed for possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Tuggle's counsel has filed a brief stating that there are no arguable issues for review, and a motion to withdraw as counsel of record. Tuggle has not filed a pro se supplemental brief. Based upon our review of the issues raised in counsel's brief, and having conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no arguable appellate issues on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.